IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES,<br><br>    Plaintiff,<br><br>vs.<br><br>NATHAN GASSMAN, District Ranger, Kootenai National Forest, Libby Ranger District; CHAD BENSON, Forest Supervisor, Kootenai National Forest; KEITH LANNOM, Deputy Regional Forester, U.S. Forest Service Region One; U.S. FOREST SERVICE; and U.S. FISH & WILDLIFE SERVICE,<br><br>    Defendants.<br><br>AMERICAN FOREST RESOURCE COUNCIL, LINCOLN COUNTY AND KOOTENAI FOREST STAKEHOLDERS COALITION,<br><br>    Proposed Defendant Intervenors. | CV 21-105-M-DLC-KLD<br><br>**ORDER** |

  Defendant moves for the admission of Christopher Griffith to practice before this Court in this case with Mark L. Stermitz to act as local counsel.  Mr. Griffith's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Christopher Griffith pro hac vice is GRANTED on the condition that Mr. Griffith shall do his own work. This means that Mr. Griffith must do his own own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Griffith may move for the admission pro hac vice of one (1) associate of her firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Griffith.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Griffith, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 23rd day of November, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge