IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES,<br><br>                Plaintiff,<br><br>  vs.<br><br>NATHAN GASSMANN, District Ranger, Kootenai National Forest, Libby Ranger District; CHAD BENSON, Forest Supervisor, Kootenai National Forest; KEITH LANNOM, Deputy Regional Forester, U.S. Forest Service Region One; U.S. FOREST SERVICE; and U.S. FISH & WILDLIFE SERVICE,<br><br>                Defendants,<br><br>  and<br><br>AMERICAN FOREST RESEARCH COUNCIL, LINCOLN COUNTY, and KOOTENAI FOREST STAKEHOLDERS COALITION,<br><br>                Intervenor-Defendants. | CV 21–105–M–DLC–KLD<br><br>ORDER |

Before the Court is Federal Defendants' Motion to Expedite Consideration on Summary Judgment or in the Alternative to Consolidate the May 6, 2022 Hearing with a Hearing on the Merits. (Doc. 52.) The motion states that "the Forest Service has agreed to defer new road construction, timber harvest, and other

1

activities authorized by the Project until July 5, 2022." (*Id.* at 3.) The motion requests that the Court vacate the hearing set for May 6 and set a hearing on the parties' pending cross-motions for summary judgment later in May. (*Id.*) In the alternative, the motion requests that the Court consolidate the May 6 hearing with a hearing on the parties' cross-motions for summary judgment. (*Id.* at 3–4.) The motion also requests that the hearing be moved to a later date in May, and, if that request is granted, to extend Defendants' response deadline. (*Id.* at 5–6.) Plaintiffs oppose the motion. (*Id.* at 4–5.) Intervenor-Defendants do not oppose. (*Id.* at 5.)

The motion will be denied. Although the Court appreciates Defendants' flexibility concerning the commencement of project operations, the Court's calendar cannot accommodate a rescheduled hearing date later in May. The Court will not consolidate the May 6 hearing with a hearing on the parties' cross-motions for summary judgment, which remain referred to Magistrate Judge DeSoto. The hearing set for May 6 will proceed as scheduled.

Accordingly, IT IS ORDERED that the motion (Doc. 52) is DENIED.

DATED this 3rd day of May, 2022.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court