IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES,<br><br>                Plaintiff,<br><br>vs.<br><br>NATHAN GASSMANN, District Ranger, Kootenai National Forest, Libby Ranger District; CHAD BENSON, Forest Supervisor, Kootenai National Forest; KEITH LANNOM, Deputy Regional Forester, U.S. Forest Service Region One; U.S. FOREST SERVICE; and U.S. FISH & WILDLIFE SERVICE,<br><br>                Defendants,<br><br>   and<br><br>AMERICAN FOREST RESEARCH COUNCIL, LINCOLN COUNTY, and KOOTENAI FOREST STAKEHOLDERS COALITION,<br><br>                Intervenor-Defendants. | CV 21–105–M–DLC–KLD<br><br>ORDER |

      On the Court's own motion, in light of Intervenor-Defendants filing a brief in response to Plaintiff's Motion for Preliminary Injunction and/or Temporary

1

Restraining Order (Doc. 54), the Court modifies the time limits set forth in its Order setting a hearing on the motion (Doc. 51) as follows:

IT IS ORDERED that Plaintiff and the Federal Defendants shall be afforded 40 minutes of argument per side at the hearing, and Intervenor-Defendants shall be afforded 10 minutes of argument at the hearing, irrespective of time spent on witness testimony or answering questions posed by the Court.

DATED this 5th day of May, 2022.

Dana L. Christensen, District Judge
United States District Court