UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES,<br><br>Plaintiff,<br><br>vs.<br><br>NATHAN GASSMAN ET AL,<br><br>Defendants/Intervenors/Amicus. | Case No. CV-21-105-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED the cross-motions for summary judgment are GRANTED IN PART and DENIED IN PART as stated in the Order filed on June 26, 2023.

    Dated this 26th day of June, 2023.

                                      TYLER P. GILMAN, CLERK

                                      By: /s/ Annie Puhrmann
                                      Annie Puhrmann, Deputy Clerk