IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES,<br><br>    Plaintiff,<br><br> vs.<br><br>NATHAN GASSMANN, District Ranger, Kootenai National Forest, Libby Ranger District; CHAD BENSON, Forest Supervisor, Kootenai National Forest; KEITH LANNOM, Deputy Regional Forester, U.S. Forest Service Region One; U.S. FOREST SERVICE; and U.S. FISH & WILDLIFE SERVICE,<br><br>    Defendants,<br><br> and<br><br>AMERICAN FOREST RESEARCH COUNCIL, LINCOLN COUNTY, and KOOTENAI FOREST STAKEHOLDERS COALITION,<br><br>    Intervenor-Defendants. | CV 21–105–M–DLC<br><br><br>ORDER |

Before the Court is the Parties' Stipulated Fee Settlement.  (Doc. 92.)  After considering the settlement, and finding good cause, the Court approves the stipulation.

1

Accordingly, IT IS ORDERED that the stipulated fee settlement (Doc. 92) is APPROVED.

IT IS FURTHER ORDERED that the Court will retain jurisdiction to enforce the terms of the agreement.

DATED this 21st day of December, 2023.

Dana L. Christensen, District Judge
United States District Court

2